UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY FOLTZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ACCOUNTS RECEIVABLE INCORPORATED, Washington corporation,<br><br>　　　　　Defendant. | NO. 2:17-cv-00021-SAB<br><br>**ORDER DISMISSING CASE** |

　　　Before the Court is Plaintiff Anthony Foltz's Notice of Voluntary Dismissal, ECF No. 4. Defendant has not served an Answer. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-captioned case is dismissed with prejudice and without costs or attorneys' fees to any party.

//
//
//
//
//
//
//

**ORDER DISMISSING CASE** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **dismissed with prejudice** and without costs or attorneys' fees to any party.

2. Any pending motions are **dismissed as moot**.

3. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

Dated this 11th day of July, 2017.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE** + 2